# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
MARCOS ANDRE DE ALMEIDA VILHENA,

                Plaintiff,                19 **CIVIL** 5671 (VM)

       -against-                       **JUDGMENT**

HSBC BANK USA, N.A.,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 1, 2020, that the motions for summary judgment so deemed by the Court as filed by Plaintiff Marcos Andres De Almeida Vilhena ("Vilhena") (Dkt. No. 26) and Defendant HSBC Bank USA, N.A., ("HSBC") (Dkt. No. 25) are granted; it is hereby DECLARED AND ADJUDGED that Vilhena is entitled to the proceeds of the accounts maintained by HSBC and identified by the account numbers ending -456-4, -048-9, and -102-7 (the "ITF Accounts"); and is granted; and it is further DECLARED AND ADJUDGED that HSBC is hereby releases and discharged from liability to any person claiming a right to the funds in the ITF Accounts following its turnover of those funds to Vilhena; it is further DECLARED AND ADJUDGED that each and every person other than Vilena claiming a right to the funds in the ITF Accounts is hereby and shall be restrained and enjoined from instituting or prosecuting and claim or action against HSBC in any jurisdiction arising from or relating to any claim to the funds in the ITF Accounts.

**Dated:** New York, New York

April 6, 2020 **RUBY J. KRAJICK**

                                                                                          **Clerk of Court**
**BY:**
                                                                                          **Deputy Clerk**